DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
SAGE D. KAVENY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTONIO VAZQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:12-mj-00073-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE<br>) THE BENCH TRIAL AND SET FOR A<br>) CHANGE OF PLEA |
| ANTONIO VAZQUEZ, | ) |
| Defendant. | ) Date:  May 1, 2012<br>) Time:  10:00 a.m.<br>) Judge: Hon. Dale A. Drozd |

    The United States Attorney through his respective counsel, CHRISTOPHER HALES, Special Assistant United States Attorney, LINDA C. HARTER, Attorney for ANTONIO VAZQUEZ, and SAGE D. KAVENY, Certified Student Attorney, hereby stipulate to vacate the bench trial set for May 2, 2012 at 900am and reset for a change of plea.

1   Accordingly, the parties jointly request that a change of plea
2 hearing be scheduled for May 1, 2012 at 10:00am before Magistrate Dale
3 A. Drozd.

5 Dated: April 3, 2012                    Respectfully submitted,

7                                          DANIEL BRODERICK
                                           Federal Defender

9                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
10                                         Assistant Federal Defender
                                           Attorney for ANTONIO VAZQUEZ

13 Dated: April 3, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney

15                                         /s/ Christopher Hales
                                           CHRISTOPHER S. HALES
16                                         Special Assistant U.S. Attorney

19                                         O R D E R
20 **IT IS SO ORDERED.**
21 DATED: April 3, 2012.

                                           _____
                                           DALE A. DROZD
24 ddad1.crim                              UNITED STATES MAGISTRATE JUDGE
   vasquez0073.stipo.set

-2-